1

2

3

4

5

6

7

8

9                              **UNITED STATES DISTRICT COURT**

10                             **CENTRAL DISTRICT OF CALIFORNIA**

11

12   JEANETTE HARRIS,                ) Case No. CV 15-3732-JFW (JPR)
                                      )
13                    Plaintiff,      )           **JUDGMENT**
                                      )
14          v.                        )
                                      )
15   CAROLYN W. COLVIN, Acting        )
     Commissioner of Social           )
16   Security,                        )
                                      )
17                    Defendant.      )
     _____)
18

19        Pursuant to the Order Accepting Findings and Recommendations

20   of U.S. Magistrate Judge, it is hereby ADJUDGED that (1)

21   Plaintiff's request for an order remanding for an award of

22   benefits or for further proceedings is DENIED; (2) the

23   Commissioner's request for an order affirming the Commissioner's

24   final decision and dismissing the action is GRANTED; and (3)

25   judgment is entered in the Commissioner's favor.

26

27   DATED: September 19, 2016      _____
                                         JOHN F. WALTER
28                                       U.S. DISTRICT JUDGE